IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DEANTE GHOLSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-005 |
| | ) | |
| ANDREW MCFARLANE, Warden, and | ) | |
| TONJA KEITH, Deputy Warden of Care | ) | |
| and Treatment, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** all official capacity claims for monetary damages against Defendants. This case shall proceed as described in the Magistrate Judge's March 27, 2025 Order. (Doc. no. 10.)

SO ORDERED this 23rd day of April, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE